660

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARROD BEINERMAN, Appellant. [926 NYS2d 838]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about September 4, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., Friedman, Renwick, DeGrasse and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL RICHARDSON, Appellant. [925 NYS2d 825]—

Judgment, Supreme Court, New York County (William A. Wetzel, J., at suppression hearing and mistrial declaration; Richard D. Carruthers, J., at plea and sentencing), rendered March 11, 2009, convicting defendant of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of seven years, unanimously affirmed.

Defendant made valid written and oral waivers of his right to appeal (*see People v Lopez*, 6 NY3d 248 [2006]), which encompass his present claims (*see People v Kemp*, 94 NY2d 831 [1999]; *People v Muniz*, 91 NY2d 570 [1998]). As an alternative holding, we reject defendant's suppression claim, and we find that his double jeopardy claim, which has been raised and rejected on the merits in a prior CPLR article 78 proceeding (*Matter of Richardson v Wetzel*, 47 AD3d 484 [2008], *lv denied* 10 NY3d 708 [2008]), is barred by the doctrine of res judicata (*see People v Walker*, 265 AD2d 254, 254 [1999], *lv denied* 94 NY2d 908 [2000]). Concur—Andrias, J.P., Friedman, Renwick, DeGrasse and Abdus-Salaam, JJ.